LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>        Defendants. | **Case No.:**   1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENTS TO JOINDER UNDER 29 U.S.C. § 216(b) |

    S I R S:

        PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of the date

1

hereof on behalf of Marcus Hayes and Andrea Duruissea.

Dated this 24th day of October, 2013

                                Leon Greenberg, Esq.

                              */S/ Leon Greenberg*
By:_____
       Leon Greenberg, Esq.
       2965 South Jones Boulevard E-4
       Las Vegas, NV 89146
       (702) 383-6085
       leongreenberg@overtimelaw.com
       Attorney for Plaintiffs

CONSENT TO JOINDER

Marcus Hayes, by signing below, hereby consents to join this case as a plaintiff pursuant to 29 U.S.C. 216(b).

_____
Marcus Hayes

CONSENT TO JOINDER

Andrea Duruisseau, by signing below, hereby consents to join this case as a plaintiff pursuant to 29 U.S.C. 216(b).

_____
Andrea Duruisseau