LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>　　　　Defendants. | **Case No.:**　1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENTS TO JOINDER UNDER 29 U.S.C. § 216(b) |

S I R S:

　　PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of the date

1

1 hereof on behalf of Shari McFadden, Rebecca Bates, Roberto Foos and Ligia Kathy
2 Sarmiento..

3 Dated: November 11, 2013

Leon Greenberg, Esq.

*/S/ Leon Greenberg*
By:_____
   Leon Greenberg, Esq.
   2965 South Jones Boulevard E-4
   Las Vegas, NV 89146
   (702) 383-6085
   leongreenberg@overtimelaw.com
   Attorney for Plaintiffs

CONSENT TO JOINDER

Shari McFadden, by signing below, hereby consents to join this case as a plaintiff pursuant to 29 U.S.C. 216(b).

_____
Shari McFadden

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

------------------------------x

SABRINA PENCEAL, et al.            Docket No.: 13-CV-7572-WHP

        Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC., et al.,
                                                CONSENT TO JOIN CASE
                                                UNDER 29 U.S.C. § 216(b)

        Defendants.

------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_/s/ Rebecca Bates_
SIGNATURE

Rebecca Bates
Printed Name

441 Pennsville Auburn Rd
Mailing Address

Carneys Point       NJ       08069
City                State    Zip Code

11/5/13
Date

856-275-3451
Telephone (optional)

_____
E-mail (optional)

Laurel Springs NJ
Location of Beauty School You Attended (City, State)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
SABRINA PENCEAL, *et al.*            Docket No.: 13-CV-7572-WHP

       Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., *et al.*,
                              CONSENT TO JOIN CASE
                              UNDER 29 U.S.C. § 216(b)
       Defendants.
---------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_Roberta Foos_ (signature)
SIGNATURE

_Roberta Foos_
Printed Name

_814 Cherrywood Apts._
Mailing Address

_Clementon_   _NJ_   _08021_
City          State   Zip Code

_11/4/13_
Date

_(856) 534-1926_
Telephone (optional)

_____
E-mail (optional)

_Laurel Springs_
Location of Beauty School You Attended (City, State)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
SABRINA PENCEAL, et al.          Docket No.:

           Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                             CONSENT TO JOIN CASE
                                 UNDER 29 U.S.C. § 216(b)
           Defendants.
---------------------------------X

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_Kathy Sanniento_
SIGNATURE

11/03/2013
Date

Ligia Kathy Sanniento
Printed Name

(718) 482-7899
Telephone (optional)

41-14-10 Steet Apt#5E
Mailing Address

Kathyligiasars48@yahoo.com
E-mail (optional)

L.I.C.            NY        11101
City             State     Zip Code

Astoria Queens.
Location of Beauty School You Attended (City, State)