NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

**Duane Morris®**

*FIRM and AFFILIATE OFFICES*

ANTHONY J. RAO
DIRECT DIAL: (212) 692-1086
PERSONAL FAX: (212) 208-2575
E-MAIL: arao@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

December 20, 2013

VIA ECF

Hon. William H. Pauley III
United States District Court
Southern District of New York
Courtroom 20B
500 Pearl St.
New York, NY 10007-1312

   Re: **Sabrina Penceal et al., v. Empire Beauty School, Inc., et al.; SDNY Case No: 13-cv-7572 (WHP)**

Dear Judge Pauley:

  This letter is sent pursuant to Your Honor's Individual Practices. The law firm of Duane Morris LLP has been retained to represent all defendants in this matter.

  Defendants' counsel has met and conferred with plaintiffs' counsel who has confirmed that a First Amended Complaint has been or will be filed, and thereafter served on the Defendants pursuant to FRCP 4-5. As such, Defendants withdraw their December 13, 2013 letter for an extension of time to respond to the original complaint, and instead will timely respond to the First Amended Complaint upon effective service.

           Sincerely,

           DUANE MORRIS LLP

           Anthony J. Rao
           Partner

ajr

DUANE MORRIS LLP
1540 BROADWAY  NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000  FAX: +1 212 692 1020
DM2\4638262.1