NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

ANTHONY J. RAO
DIRECT DIAL: (212) 692-1086
PERSONAL FAX: (212) 208-2575
E-MAIL: arao@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

**MEMO ENDORSED**

January 21, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/14

VIA ECF

Hon. William H. Pauley III
United States District Court
Southern District of New York
Courtroom 20B
500 Pearl Street
New York, NY 10007-1312

Re: <u>Sabrina Penceal et al., v. Empire Beauty School, Inc., et al.; SDNY Case No: 13-cv-7572 (WHP)</u>

Dear Judge Pauley:

The law firm of Duane Morris LLP represents defendants Empire Beauty School, Inc., EEG Inc., EEG LLC, Chic Schools, Inc., Empire Education Group, Inc., Regis Corporation, Frank Schoeneman and Michael D. Bouman (collectively "Defendants") in the above-referenced matter. This letter is sent jointly by both parties pursuant to Your Honor's Individual Practices to request an adjournment of the Initial Case Management Conference currently set for February 7, 2014 at 10:30 a.m. With the consent of Plaintiffs, Defendants also request a second extension of time to file their response to the Complaint.

The parties are working together to attempt to resolve certain issues without burdening the Court, which is the reason for these requests for adjournment and extension.

First, the parties respectfully request a 45 day adjournment (or to a later date convenient for the court) of the Initial Case Management Conference to allow the parties to continue to jointly address and resolve issues related to scheduling and management of this matter, including those raised by Federal Rule of Civil Procedure 26(f). The Initial Case Management Conference is currently set for February 7, 2014 at 10:30 a.m. There have been no previous requests for an adjournment of this Initial Case Management Conference, and this adjournment does not impact any other dates. Both parties jointly request and consent to this adjournment.

DuaneMorris

Hon. William H. Pauley III
January 21, 2014
Page 2

      Second, Defendants' response to the Complaint is currently due January 24, 2014. The parties are working together to attempt to resolve issues related to Defendants' planned response to the Complaint (which as currently written is in the form of a pre-motion letter requesting permission to file various motions). The parties hope to be able to resolve some of the issues without burdening the Court, and request two additional weeks for Defendants to file their response to the Complaint in order to allow the parties sufficient time to confer. This is Defendants' second request for an extension of time to respond to the Complaint (the first request was granted by Your Honor). Plaintiffs consent to this request. If granted, Defendants' response to the Complaint will be due on February 7, 2014.

Respectfully yours,

DUANE MORRIS LLP

Anthony J. Rao
Partner

cc:    Leon Greenberg, Esq. (counsel for Plaintiffs)

Application granted. The initial conference is rescheduled to March 14, 2014 at 10:00 am. Defendants' response is due February 7, 2014.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

1/24/14

DM1\4442556.1