UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA PENCEAL, SHIREEF JONES,
KRISTY WALDRIP, CRYSTAL DRAHEIM,
ANDREA DURUISSEAU, LEANDRIA
GORDON, MARCUS HAYES, SHALINDA
MALONE, TARA MATHEWS, SHARI
MCFADDEN, DEDRA MEANS, JATERIA
WALKER, NIKITA PIERCE, and LATACHA
STALLARD, Individually and on behalf of others
similarly situated,

    Plaintiffs,

        v.

EMPIRE BEAUTY SCHOOL INC., EEG INC.,
EEG LLC, CHIC SCHOOLS, INC., EMPIRE
EDUCATION GROUP, INC., FRANK
SCHOENEMAN, MICHAEL D. BOUMAN,
REGIS CORPORATION, and "John Doe Entities",
name fictitious, name and number unknown, all
conducting business as the Empire Education
Group,

    Defendants.

Case No.: 13-CV-7572

**NOTICE OF APPEARANCE OF MICHAEL TILIAKOS ON BEHALF OF DEFENDANTS**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Michael Tiliakos, an attorney admitted to practice in this Court, hereby enters his appearance as counsel of record on behalf of Defendants in the above-captioned action. Further communications, correspondence, and orders may be directed to counsel at the address reflected below.

Dated: January 30, 2014
New York, New York

                  **DUANE MORRIS LLP**

                  */s/ Michael Tiliakos*
                  Michael Tiliakos

                  **DUANE MORRIS LLP**
                  1540 Broadway

New York, New York  10036
Telephone:  212.692.1045
Facsimile:  212 202.6231
Email:  MTiliakos@duanemorris.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Michael Tiliakos, hereby certify that on January 30, 2014, I served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF system upon the following counsel of record for Plaintiffs:

1. Leon Greenberg, Esq.
   **Law Office of Leon Greenberg**
   2965 South Jones Boulevard #E-4
   Las Vegas, Nevada 89146

                                                    /s/ Michael Tiliakos
                                                    Michael Tiliakos

H:\Empire Beauty School NOA for Michael Tiliakos.doc