UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, CRYSTAL DRAHEIM, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATHEWS, SHARI MCFADDEN, DEDRA MEANS, JATERIA WALKER, NIKITA PIERCE, and LATACHA STALLARD, Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>    Defendants. | Case No.: 13-CV-7572<br><br>NOTICE OF APPEARANCE OF CHRISTINA J. FLETCHER ON BEHALF OF DEFENDANTS |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Christina J. Fletcher, an attorney admitted to practice in this Court, hereby enters her appearance as counsel of record on behalf of Defendants in the above-captioned action. Further communications, correspondence, and orders may be directed to counsel at the address reflected below.

Dated: January 30, 2014
New York, New York

                                                     DUANE MORRIS LLP

                                                     /s/ *Christina J. Fletcher*
                                                     Christina J. Fletcher

                                                     DUANE MORRIS LLP
                                                     1540 Broadway

New York, New York 10036
Telephone: 212.471.4720
Facsimile: 212 656.1219
Email: CJFletcher@duanemorris.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Christina J. Fletcher, hereby certify that on January 30, 2014, I served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF system upon the following counsel of record for Plaintiffs:

1. Leon Greenberg, Esq.
   **Law Office of Leon Greenberg**
   2965 South Jones Boulevard #E-4
   Las Vegas, Nevada 89146

/s/ Christina J. Fletcher
Christina J. Fletcher