
LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>    Defendants.<br>_____ | **Case No.:**   1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENT TO JOINDER UNDER 29 U.S.C. § 216(b) |

S I R S:

PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of the date

1

hereof on behalf of Genevia Al-Rasul, Shvodra Anderson, Tamelcia D. Brown, Annette Martin and Claudia Villamil.

Dated:  February 4, 2014

                                      Leon Greenberg, Esq.

                                      */S/ Leon Greenberg*
By:_____
    Leon Greenberg, Esq.
    2965 South Jones Boulevard E-4
    Las Vegas, NV 89146
    (702) 383-6085
    leongreenberg@overtimelaw.com
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
SABRINA PENCEAL, et al.            Docket No.: 13-CV-7572-WHP

         Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                               CONSENT TO JOIN CASE
                                   UNDER 29 U.S.C. § 216(b)
         Defendants.
-----------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

*Genevia Al-Rasul*
SIGNATURE                          12/24/2013
                                   Date

Genevia Al-Rasul                   (609) 202-9492
Printed Name                       Telephone (optional)

109 Oak St                         g.alrasul@gmail.com
Mailing Address                    E-mail (optional)

Bridgeton        NJ    08302       Larel Springs, NJ
City             State Zip Code    Location of Beauty
                                   School You Attended
                                   (City, State)

CONSENT TO JOINDER

Shvodra Anderson by signing below, hereby consents to join this case as a plaintiff pursuant to 29 U.S.C. 216(b).

_____
Shvodra Anderson

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
SABRINA PENCEAL, et al.              Docket No.: 13-CV-7572-WHP

        Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                                 CONSENT TO JOIN CASE
                                     UNDER 29 U.S.C. § 216(b)
        Defendants.
---------------------------------x
```

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the 3 years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Unless I check the "do not contact box" below, I am authorizing the attorney for certain plaintiffs in this case, Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, to contact me by mail about becoming my attorney in this case. I understand I am not required to agree to have Leon Greenberg be my attorney in this case and by signing this form I am not agreeing to retain Leon Greenberg as my attorney in this case.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim.

_Tameka D. Brown_ (SIGNATURE)     Date: 1/18/14

Printed Name: Tameka D Brown      Telephone (optional): 678-357-1850

Mailing Address: 5555 Roswell Rd, Apt T10     E-mail (optional):

City: Atlanta     State: GA     Zip Code: 30342

Location of Beauty School You Attended (City, State):

DO NOT CONTACT BOX: BY CHECKING THE "DO NOT CONTACT BOX" TO THE LEFT OF THIS TEXT I AM DECLINING TO AUTHORIZE FURTHER COMMUNICATIONS FROM LEON GREENBERG TO ME

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
SABRINA PENCEAL, et al.          Docket No.: 13-CV-7572-WHP

          Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                             CONSENT TO JOIN CASE
                                 UNDER 29 U.S.C. § 216(b)
          Defendants.
---------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_Annette Martin_ (signature)
SIGNATURE

Date: 1/31/14

Printed Name: Annette Martin

Mailing Address: 1907 Village Brook Dr. Apt. C

City: Charlotte   State: NC   Zip Code: 28210

Telephone (optional):

E-mail (optional):

Location of Beauty School You Attended (City, State): Matthew, NC

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
SABRINA PENCEAL, et al.            Docket No.: 13-CV-7572-WHP

        Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                               CONSENT TO JOIN CASE
                                   UNDER 29 U.S.C. § 216(b)
        Defendants.
-------------------------------x
```

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the 3 years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Unless I check the "do not contact box" below, I am authorizing the attorney for certain plaintiffs in this case, Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, to contact me by mail about becoming my attorney in this case. I understand I am not required to agree to have Leon Greenberg be my attorney in this case and by signing this form I am not agreeing to retain Leon Greenberg as my attorney in this case.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim.

_Claudia Villamil_ (SIGNATURE)   Date: Jan 31-2014

Printed Name: Claudia Villamil

Mailing Address: 20 Hunting Drive

City: Dumont NJ   State: NJ   Zip Code: 07628

Telephone (optional):

E-mail (optional): Solidgoldny@hotmail.com

Location of Beauty School You Attended (City, State): 4806 N. University Dr., Lauderhill, Florida 33319

DO NOT CONTACT BOX: BY CHECKING THE "DO NOT CONTACT BOX" TO THE LEFT OF THIS TEXT I AM DECLINING TO AUTHORIZE FURTHER COMMUNICATIONS FROM LEON GREENBERG TO ME