LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>　　　　　Defendants.<br>_____ | **Case No.:**　1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENT TO JOINDER UNDER 29 U.S.C. § 216(b) |

S I R S:

　　　PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of the date

1

hereof on behalf of Ricksette Anderson, Melissa Harvey, Rebecca C. Randolph and Cynthia Yammine.

Dated:  February 10, 2014

                                                          Leon Greenberg, Esq.

                                                        */S/ Leon Greenberg*
By:_____
    Leon Greenberg, Esq.
    2965 South Jones Boulevard E-4
    Las Vegas, NV 89146
    (702) 383-6085
    leongreenberg@overtimelaw.com
    Attorney for Plaintiffs

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SABRINA PENCEAL, et al.                Docket No.: 13-CV-7572-WHP

          Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                                   CONSENT TO JOIN CASE
                                       UNDER 29 U.S.C. § 216(b)
          Defendants.
------------------------------x

    By signing below:

1.  I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2.  State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3.  Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4.  I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_[signature]_
SIGNATURE

Ricksette Anderson
Printed Name

23577 E Saratoga Cir
Mailing Address

Aurora            Co        80016
City              State     Zip Code

2-4-14
Date

720.297.3650
Telephone (optional)

Ricksette@yahoo.com
E-mail (optional)

Aurora, Co
Location of Beauty School You Attended (City, State)

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
------------------------------x
SABRINA PENCEAL, et al.             Docket No.: 13-CV-7572-WHP

          Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                                CONSENT TO JOIN CASE
                                    UNDER 29 U.S.C. § 216(b)
          Defendants.
------------------------------x
```

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_Melissa Harvey_
SIGNATURE

_Melissa Harvey_
Printed Name

_2??? Citation Ct_
Mailing Address

_Matthews_     _NC_     _28105_
City           State    Zip Code

_12/10/13_
Date

_704 236 8594_
Telephone (optional)

_mmelissaharveyy@gmail.com_
E-mail (optional)

_Matthews, NC_
Location of Beauty School You Attended (City, State)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
SABRINA PENCEAL, et al.          Docket No.: 13-CV-7572-WHP

            Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                             CONSENT TO JOIN CASE
                                 UNDER 29 U.S.C. § 216(b)
            Defendants.
---------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_____
SIGNATURE

Printed Name: Rebecca C Randolph

Mailing Address: 1132 Sequoia Dr.

City: Lewisville   State: NC   Zip Code: 27023

Date: Dec 22, 2013

Telephone (optional): 336-751-2056

Email (optional): Babyellerenee@2001@gmail.com

Location of Beauty School You Attended (City, State): Winston-Salem, NC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

SABRINA PENCEAL, et al.,           Docket No.: 13-CV-7572-WHP

      Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC., et al.,
                                    CONSENT TO JOIN CASE
      Defendants.                   UNDER 29 U.S.C. § 216(b)

-------------------------------X

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_____          2/3/14
SIGNATURE                                Date

Cynthia Yammine                          (609) 575-1333
Printed Name                             Telephone (optional)

123 Estates Blvd Apt 224                 _____
Mailing Address                          E-mail (optional)

Hamilton         NJ      08610           Bordentown NJ
City             State   Zip Code        Location of Beauty
                                         School You Attended
                                         (City, State)