UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SABRINA PENCEAL, SHIREEF
JONES, KRISTY WALDRIP,
CRYSTAL DRAHEIM, ANDREA
DURUISSEAU, LEANDRIA GORDON,        13 CV 7572  (WHP)
MARCUS HAYES, SHALINDA
MALONE, TARA MATHEWS, SHARI
MCFADDEN, DEDRA MEANS,
JATERIA WALKER, NIKITA
PIERCE, and LATACHA STALLARD,
Individually and on behalf of
 all others similarly situated,

        Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC.,
EEG INC., EEG LLC, CHIC
SCHOOLS,INC., EMPIRE
EDUCATION GROUP, INC., FRANK
SCHOENEMAN, MICHAEL D.
BOUMAN, REGIS CORPORATION,
and "John Doe Entities", name
fictitious, name and number
unknown, all conducting
business as the Empire
Education Group,

        Defendants.
-------------------------------------------------------X

## NOTICE OF APPEARANCE

To:  The Clerk of this Court and all other Parties

    Please take notice that henceforth Lauren Goldberg, Esq. will be additional counsel for all plaintiffs represented by Leon Greenberg in the above-referenced case. Lauren Goldberg can be contacted at the following address: Law Offices of Lauren Goldberg, PLLC, 204 West 84th

Street, New York, New York 10024.  Telephone:  (646) 452-8380.  Facsimile:  (646) 452-8663/

Email:  lg@lgoldberglaw.com.

Dated:  New York, New York
            February 19, 2014

                              **LAW OFFICES OF LAUREN GOLDBERG, PLLC**

                          By:____/s/__L.G. _____

                                LAUREN GOLDBERG (LG: 9890)
                                Attorney for Plaintiffs
                                204 West 84th Street
                                New York, N.Y. 10024
                                (646) 452-8380