LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>　　　　　Defendants.<br>_____ | **Case No.:**　1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENT TO JOINDER UNDER 29 U.S.C. § 216(b) |

S I R S:

　　　PLEASE TAKE NOTICE that annexed hereto is a Consent to Joinder pursuant to 29 U.S.C. § 216(b) which is to be filed with the Clerk of the Court as of the date

1

1  hereof on behalf of Dawn Shimkus.

2

3  Dated:  February 24, 2014

4

5                                                    Leon Greenberg, Esq.

6                                                       */S/ Leon Greenberg*
                                                    By:_____
7                                                       Leon Greenberg, Esq.
                                                       2965 South Jones Boulevard E-4
8                                                      Las Vegas, NV 89146
                                                       (702) 383-6085
9                                                      leongreenberg@overtimelaw.com
                                                       Attorney for Plaintiffs

CONSENT TO JOINDER

**Dawn Shimkus,** by signing below, hereby consents to join this case as a plaintiff pursuant to 29 U.S.C. 216(b).

_____
Dawn Shimkus