UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/14
```

SABRINA PENCEAL, SHIREEF JONES,        :
KRISTY WALDRIP, CRYSTAL DRAHEIM,       :
ANDREA DURUISSEAU, LEANDRIA            :
GORDON, MARCUS HAYES, SHALINDA         :
MALONE, TARA MATHEWS, SHARI            :
MCFADDEN, DEDRA MEANS, JATERIA         :
WALKER, NIKITA PIERCE, and LATACHA     :
STALLARD, Individually and on behalf of others :
similarly situated,                    :
                                       :   Case No.: 13-CV-7572 (WHP)
            Plaintiffs,                :
                                       :
            v.                         :   ORDER FOR ADMISSION
                                       :   PRO HAC VICE
EMPIRE BEAUTY SCHOOL INC., EEG INC.,   :
EEG LLC, CHIC SCHOOLS, INC., EMPIRE    :
EDUCATION GROUP, INC., FRANK           :
SCHOENEMAN, MICHAEL D. BOUMAN,         :
REGIS CORPORATION, and "John Doe Entities", :
name fictitious, name and number unknown, all :
conducting business as the Empire Education :
Group,                                 :
                                       :
            Defendants.                :

The motion of Courtney L. Baird, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of

California and Nevada, and that her contact information is as follows:

|                    |                                      |
|--------------------|--------------------------------------|
| Applicant's Name:  | Courtney L. Baird                    |
| Firm Name:         | Duane Morris, LLP                    |
| Address:           | 750 B Street, Suite 2900             |
|                    | San Diego, California 92101          |
| Telephone/Fax      | (619) 744-2200; (619) 744-2201       |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

United States District Judge
William H. Pauley, III          2/28/14