UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, CRYSTAL DRAHEIM, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATHEWS, SHARI MCFADDEN, DEDRA MEANS, JATERIA WALKER, NIKITA PIERCE, and LATACHA STALLARD, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/14

Case No.: 13-CV-7572 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Edward M. Cramp, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of California and Illinois, and that his contact information is as follows:

    Applicant's Name:    Edward M. Cramp
    Firm Name:    Duane Morris, LLP
    Address:    750 B Street, Suite 2900
        San Diego, California 92101
    Telephone/Fax    (619) 744-2200; (619) 744-2201

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

United States District Judge
William H. Pauley, III   3/7/14