UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA PENCEAL, SHIREEF JONES,
KRISTY WALDRIP, CRYSTAL DRAHEIM,
ANDREA DURUISSEAU, LEANDRIA
GORDON, MARCUS HAYES, SHALINDA
MALONE, TARA MATHEWS, SHARI
MCFADDEN, DEDRA MEANS, JATERIA
WALKER, NIKITA PIERCE, and LATACHA
STALLARD, Individually and on behalf of others
similarly situated,

  Plaintiffs,

    v.

EMPIRE BEAUTY SCHOOL INC., EEG INC.,
EEG LLC, CHIC SCHOOLS, INC., EMPIRE
EDUCATION GROUP, INC., FRANK
SCHOENEMAN, MICHAEL D. BOUMAN,
REGIS CORPORATION, and "John Doe Entities",
name fictitious, name and number unknown, all
conducting business as the Empire Education
Group,

  Defendants.



Case No.: 13-CV-7572 (WHP)

**ORDER FOR ADMISSION PRO HAC VICE**

  The motion of Stephen P. DeNittis, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New Jersey and Pennsylvania; and that his/her contact information is as follows:

  Stephen P. DeNittis, Esquire
  DeNittis Osefchen, P.C.
  525 Route 73 North, Suite 410
  Marlton, New Jersey 08053
  Phone No: 856-797-9951

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/7/14

_____
The Honorable William H. Pauley, III U.S.D.J.