UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                          :

SABRINA PENCEAL, *et al.*,

                          :

          Plaintiffs,

                          :

        -against-

                          :

EMPIRE BEAUTY SCHOOL INC., *et al.*,

                          :

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13 Civ. 7572 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/14

WILLIAM H. PAULEY III, District Judge:

        The conference scheduled for March 14, 2014 is adjourned to March 21, 2014 at

11:00 a.m.

Dated: March 13, 2014
       New York, New York

                         SO ORDERED:

                         WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record:*

Stephen P. Denittis, Esq.
Law Office of Shabel & Denittis, P.C.
5 Greentree Centre, Ste. 302
Route 73 South
Marlton, NJ 08054

Lauren S. Goldberg, Esq.
Law Offices of Lauren Goldberg
204 West 84th Street
New York, NY 10024

Leon M. Greenberg, Esq.
633 South 4th Street #9
Las Vegas, NV 89101
*Counsel for Plaintiffs*

Anthony J. Rao, Esq.
Christina J. Fletcher, Esq.
Michael Tiliakos, Esq.
Duane Morris LLP
New York, NY 10036

Edward M. Cramp, Esq.
Courtney L. Baird, Esq.
Duane Morris LLP
750 B Street, Ste. 2900
San Diego, CA 92101
*Counsel for Defendants*