LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>Defendants. | **Case No.:**  1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENT TO JOINDER UNDER 29 U.S.C. § 216(b) |

S I R S:

　　PLEASE TAKE NOTICE that annexed hereto is a Consent to Joinder pursuant to 29 U.S.C. § 216(b) which is to be filed with the Clerk of the Court as of the date

1 | hereof on behalf of Michelle B. Hardy

3 | Dated: March 24, 2014

                                                   Leon Greenberg, Esq.

                                                     */S/ Leon Greenberg*
By:_____
    Leon Greenberg, Esq.
    2965 South Jones Boulevard E-4
    Las Vegas, NV 89146
    (702) 383-6085
    leongreenberg@overtimelaw.com
    Attorney for Plaintiffs

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
```

-------------------------------x

SABRINA PENCEAL, et al.          Docket No.: 13-CV-7572-WHP

      Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC., et al.,
                            CONSENT TO JOIN CASE
                            UNDER 29 U.S.C. § 216(b)
      Defendants.

-------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_MB Hardy_ (signature)
SIGNATURE

Printed Name: Michelle B. Hardy

Mailing Address: 2333 5th Ave #2C

City: NY   State: NY   Zip Code: 10031

Date: Feb 24, 2014

Telephone (optional): 917-405-3818

E-mail (optional): glamdiva805@aol.com

Location of Beauty School You Attended (City, State): Paramus, NJ