UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, et, al. | : |
| | : VIA ECF |
| PLAINTIFFS, | : |
| | : CASE NO.: 1:13-CV-7572 (WHP) |
| v. | : |
| | : **NOTICE OF SUBSTITUTION** |
| EMPIRE BEAUTY SCHOOL, INC. et, al. | : **OF ATTORNEY** |
| | : |
| DEFENDANTS. | : |

PLEASE TAKE NOTICE THAT Michael Tiliakos, Esq. of the law firm of Duane Morris LLP shall be substituted in place of Anthony J. Rao, Esq. (formerly of the law firm of Duane Morris LLP), as counsel of record for All Defendants in the above referenced matter and that all future pleadings and other papers should be served upon Michael Tiliakos, Esq. at the address indicated below.

Anthony J. Rao, Esq.
Goodman Networks, Inc.
1540 Broadway
New York, NY 10036
Telephone: (646) 596-1610

Dated: 3/26/2014

I consent to this substitution:

_____
Anthony J. Rao, Esq.

Michael Tiliakos, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1000

Dated: 3/26/2014

I consent to this substitution:

_____
Michael Tiliakos, Esq.

SO ORDERED:

Dated: _____

_____
United States District Court Judge
Southern District of New York

Copies to:   Distribution to all registered counsel by CM/ECF.