LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>　　　　　Defendants.<br>_____ | **Case No.:**　1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENTS TO JOINDER UNDER 29 U.S.C. § 216(b) |

　　S I R S:

　　　PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which is to be filed with the Clerk of the Court as of the date

1

1  hereof on behalf of Ganessa Frey and Christina Leighton.

2

3  Dated:  April 28, 2014

4

5                                             Leon Greenberg, Esq.

6                                                 */S/ Leon Greenberg*
                                           By:_____
7                                             Leon Greenberg, Esq.
                                              2965 South Jones Boulevard E-4
8                                             Las Vegas, NV 89146
                                              (702) 383-6085
9                                             leongreenberg@overtimelaw.com
                                              Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

------------------------------x

SABRINA PENCEAL, et al.                Docket No.: 13-CV-7572-WHP

        Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC., et al.,
                                            CONSENT TO JOIN CASE
                                            UNDER 29 U.S.C. § 216(b)

        Defendants.

------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_Ganessa Frey_ (SIGNATURE)

Printed Name: Ganessa Frey

Mailing Address: 33 Wabanaki Way

City: Indian Island   State: ME   Zip Code: 04468

Date: 4-24-14

Telephone (optional): 207-944-7003

E-mail (optional):

Location of Beauty School You Attended (City, State): Bangor, Maine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SABRINA PENCEAL, et al.           Docket No.: 13-CV-7572-WHP

       Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                              CONSENT TO JOIN CASE
                                  UNDER 29 U.S.C. § 216(b)
       Defendants.
------------------------------X

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

*Christina Leighton*
SIGNATURE

04-25-2014
Date

Christina Leighton
Printed Name

Telephone (optional)

277 Lee Road
Mailing Address

christina_s_leighton@hotmail.com
E-mail (optional)

Lincoln,  Me  04457
City        State  Zip Code

Bangor, Maine
Location of Beauty School You Attended (City, State)