LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>  Defendants.<br>_____ | **Case No.:**   1:13-cv-7572-WHP<br><br>NOTICE OF FILING OF CONSENTS TO JOINDER UNDER 29 U.S.C. § 216(b) |

S I R S:

   PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which is to be filed with the Clerk of the Court as of the date

1

hereof on behalf of Tania Cuadrado, Jennifer Nevells, Laurie Pinkham and Stephanie A. Sleeper.

Dated: May 5, 2014

                                      Leon Greenberg, Esq.

                                           */S/ Leon Greenberg*
By: _____
      Leon Greenberg, Esq.
      2965 South Jones Boulevard E-4
      Las Vegas, NV 89146
      (702) 383-6085
      leongreenberg@overtimelaw.com
      Attorney for Plaintiffs

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
```

---------------------------------x
SABRINA PENCEAL, et al.                Docket No.: 13-CV-7572-WHP

        Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                                   CONSENT TO JOIN CASE
                                       UNDER 29 U.S.C. § 216(b)
        Defendants.
---------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_____                 4-15-2014
SIGNATURE                                 Date

TANIA Cuadrado                            401-954-6713
Printed Name                              Telephone (optional)

1739 Broad St. Apt. 6                     _____
Mailing Address                           E-mail (optional)

Cranston        RI    02905               Warwick RI
City            State  Zip Code           Location of Beauty
                                          School You Attended
                                          (City, State)

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

-------------------------------x
SABRINA PENCEAL, et al.              Docket No.: 13-CV-7572-WHP

           Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                                 CONSENT TO JOIN CASE
                                     UNDER 29 U.S.C. § 216(b)
           Defendants.
-------------------------------x
```

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

| SIGNATURE: *[signed]* | Date: 4/28/14 |
| Printed Name: Jennifer Nevells | Telephone (optional): |
| Mailing Address: 38 Burr St apt A | E-mail (optional): Jennineuells@gmail.com |
| City: Brewer  State: ME  Zip Code: 04412 | Location of Beauty School You Attended (City, State): Bangor, ME |

*Laurie Pinkham*

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
------------------------------x
SABRINA PENCEAL, et al.              Docket No.: 13-CV-7572-WHP

          Plaintiffs,
vs.

EMPIRE BEAUTY SCHOOL INC., et
al.,                                 CONSENT TO JOIN CASE
                                     UNDER 29 U.S.C. § 216(b)
          Defendants.
------------------------------x
```

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

*Laurie Pinkham* — SIGNATURE

Date: 4-26-14

Printed Name: Laurie Pinkham

Mailing Address: 93 Patriots Drive

City: Waterville   State: ME   Zip Code: 04901

Telephone (optional):

E-mail (optional):

Location of Beauty School You Attended (City, State): Waterville, Me. 04901

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

---------------------------------x
SABRINA PENCEAL, et al.           Docket No.: 13-CV-7572-WHP

        Plaintiffs,

vs.

EMPIRE BEAUTY SCHOOL INC., et al.,
                                 CONSENT TO JOIN CASE
                                 UNDER 29 U.S.C. § 216(b)

        Defendants.
---------------------------------x

By signing below:

1. I agree to join this case under 29 U.S.C. § 216(b) to make a claim for unpaid minimum wages under the Fair Labor Standards Act;

2. State that, to the best of my knowledge, I performed work in an Empire Beauty School Salon within the three years prior to the date I have signed this consent form and I was not paid anything, except possibly tips from customers, for that work;

3. Understand that my attorney in this case will be Leon Greenberg of 2965 South Jones Boulevard Suite E-4, Las Vegas, Nevada, 89146, (702) 383-6085, and such other attorneys as he may associate with. I understand my attorney shall only receive a fee for representing me if money is collected on my claim and the amount of his fee shall be decided by the Court. I understand that fee, if any, will be paid by defendants in this case or as a percentage of the amount collected for me.

4. I am authorizing the named plaintiffs in this case to act as my agents and make decisions about this case for me. I also understand that the Court shall have to review and approve any proposed settlement of my claim and any payment to my attorney.

_[signature]_
SIGNATURE

Date: 4-29-2014

Printed Name: Stephanie A. Sleeper

Mailing Address: 40 Robichaud Road

City: Levant    State: ME    Zip Code: 04456

Telephone (optional): _____

E-mail (optional): _____

Location of Beauty School You Attended (City, State): Waterville, ME