| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY<br>ATLANTA | **DuaneMorris®**<br><br>*FIRM and AFFILIATE OFFICES*<br><br>MICHAEL TILIAKOS<br>PERSONAL FAX: +1 212 202 6231<br>*E-MAIL:* mtiliakos@duanemorris.com<br><br>*www.duanemorris.com* | BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO |

May 29, 2014

VIA ECF

Hon. William H. Pauley III
United States District Court
Southern District of New York
Courtroom 20B
500 Pearl Street
New York, NY 10007-1312

> Re:  **Sabrina Penceal et al., v. Empire Beauty School, Inc., et al.; SDNY Case No: 13-cv-7572 (WHP)**

Dear Judge Pauley:

Duane Morris LLP represents Defendants Empire Beauty School, Inc., EEG Inc., EEG LLC, Chic Schools, Inc., Empire Education Group, Inc., Regis Corporation, Frank Schoeneman and Michael D. Bouman (collectively "Defendants") in the above-referenced matter.

This letter is a joint request by both parties for Your Honor to issue an Order extending the deadline for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint ("SAC") from May 30, 2014 until June 13, 2014.

The Parties had previously stipulated that Defendants would answer or otherwise respond to the SAC on or before May 30, 2014, which was so ordered by Your Honor on May 15, 2014. In response to the SAC, Defendants are prepared to file a letter brief requesting a pre-motion conference on a proposed motion to dismiss. However, the parties conferred on May 29, 2014 regarding Defendants' proposed motion to dismiss and have concluded that additional time is warranted for Plaintiffs to consider filing a Third Amended Complaint which would address certain issues raised by Defendants' proposed motion to dismiss and potentially narrow the scope of Defendants' proposed motion. Plaintiffs have agreed to this extension of time.

DuaneMorris

Hon. William H. Pauley III
May 29, 2014
Page 2

    Thus, Defendants respectfully request that the deadline for Defendants to answer and/or respond to the SAC be extended until June 13, 2014.

    Thank you for your consideration of this request.

Respectfully submitted,

*Michael Tiliakos* (signature)

Michael Tiliakos

cc:    Leon Greenberg, Esq. (counsel for Plaintiffs)
        Lauren Goldberg, Esq. (counsel for Plaintiffs)
        Stephen P. DeNittis, Esq. (counsel for Plaintiffs)