UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

SABRINA PENCEAL, *et al.*,

        Plaintiffs,

   -against-

EMPIRE BEAUTY SCHOOL INC., *et al.*,

        Defendants.
------------------------------X

13 Civ. 7572 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

    The conference scheduled for July 11, 2014 is adjourned to July 25, 2014 at 11:00 a.m.

Dated: June 23, 2014
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Stephen P. Denittis, Esq.
Law Office of Shabel & Denittis, P.C.
5 Greentree Centre, Ste. 302
Route 73 South
Marlton, NJ 08054

Lauren S. Goldberg, Esq.
Law Offices of Lauren Goldberg
204 West 84th Street
New York, NY 10024

Leon M. Greenberg, Esq.
633 South 4th Street #9
Las Vegas, NV 89101
*Counsel for Plaintiffs*

Anthony J. Rao, Esq.
Christina J. Fletcher, Esq.
Michael Tiliakos, Esq.
Duane Morris LLP
New York, NY 10036

Edward M. Cramp, Esq.
Courtney L. Baird, Esq.
Duane Morris LLP
750 B Street, Ste. 2900
San Diego, CA 92101

Natalie Hrubos, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
*Counsel for Defendants*