USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, CRYSTAL DRAHEIM, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATHEWS, SHARI MCFADDEN, DEDRA MEANS, JATERIA WALKER, NIKITA PIERCE, LATACHA STALLARD and DAWN SHIMKUS, Individually and on behalf of others similarly situated,

    Plaintiffs,

v.

EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,

    Defendants.

Case No.: 13-CV-7572 (WHP)

## STIPULATION

## STIPULATION

Plaintiffs Sabrina Penceal, Shireef Jones, Kristy Waldrip, Crystal Draheim, Andrea Duruisseau, Leandria Gordon, Marcus Hayes, Shalinda Malone, Tara Mathews, Shari Mcfadden, Dedra Means, Jateria Walker, Nikita Pierce, Latacha Stallard, and Dawn Shimkus, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendants Empire Beauty Schools, Inc., EEG Inc., EEG LLC, Chic Schools, Inc., Empire Education Group, Inc., Frank Schoeneman, Michael D. Bouman, and Regis Corporation ("Defendants") (Plaintiffs and Defendants, collectively referred to as the "Parties"), through their undersigned counsel of record, agree and stipulate as follows:

1. Plaintiffs filed their Second Amended Complaint ("SAC") on May 12, 2014.

2. On June 23, 2014 the Court entered a proposed stipulation between the Parties wherein the Parties agreed that Plaintiffs would file a Third Amended Complaint ("TAC") which would address certain issues raised by Defendants' proposed motion to dismiss and potentially narrow the scope of issues between the Parties on or before July 7, 2014. In that same order, the Court entered the Parties' stipulation which provided Defendants shall answer and/or otherwise respond to Plaintiffs' TAC on or before July 21, 2014.

3. Since the June 23, 2014 stipulation was entered by the Court, a few other issues have arisen which the Parties are discussing to potential streamline the proper Defendant entities which, if resolved, may impact the TAC Plaintiffs wish to file.

4. Therefore the Parties stipulate and agree Plaintiffs shall file their TAC on or before July 21, 2014 and the Defendants shall answer and/or otherwise respond to Plaintiffs' TAC on or before August 7, 2014.

SO STIPULATED.

BY: _____
Stephen P. DeNittis, Esquire
DeNittis Osefchen, P.C.
5 Greentree Centre, P.C. Suite 410
525 Route 73 N.
Marlton, New Jersey 08053

Lauren Goldberg, Esquire
204 West 84th Street
New York, NY, 10024

Leon Greenberg, Esquire
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146

**Attorneys for Plaintiffs**

BY: _____
Michael Tiliakos, Esquire
Natalie F. Hrubos, Esquire
(*admitted pro hac vice*)
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

**Attorneys for Defendants**

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/3/14