USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SABRINA PENCEAL, *et al.*,

        Plaintiffs,

-against-

EMPIRE BEAUTY SCHOOL INC., *et al.*,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13cv7572

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on July 25, 2014, the following is established on consent:

1. The parties will provide a status report by October 29, 2014;

2. This Court will hold a status conference on October 31, 2014 at 10:30 a.m. The parties will inform the Court in their status report if they believe a conference is unnecessary.

Dated: July 25, 2014
New York, New York

                SO ORDERED:

                *[signature]*
                WILLIAM H. PAULEY III
                U.S.D.J.

*Counsel of Record:*

Stephen P. Denittis, Esq.
Law Office of Shabel & Denittis, P.C.
5 Greentree Centre, Ste. 302
Route 73 South
Marlton, NJ 08054

Lauren S. Goldberg, Esq.
Law Offices of Lauren Goldberg
204 West 84th Street
New York, NY 10024
Leon M. Greenberg, Esq.
633 South 4th Street #9
Las Vegas, NV 89101
*Counsel for Plaintiffs*

Anthony J. Rao, Esq.
Christina J. Fletcher, Esq.
Michael Tiliakos, Esq.
Duane Morris LLP
New York, NY 10036

Edward M. Cramp, Esq.
Courtney L. Baird, Esq.
Duane Morris LLP
750 B Street, Ste. 2900
San Diego, CA 92101

Natalie Hrubos, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
*Counsel for Defendants*