UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/14

SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATHEWS, DEDRA MEANS, JATERIA WALKER, LATACHA STALLARD, DAWN SHIMKUS, JUSTIN LEE CONAWAY and AMANDA GRAHAM, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

EEG INC., REGIS CORPORATION, FRANK SCHOENEMAN and MICHAEL D. BOUMAN, all conducting business as the "Empire Education Group",

      Defendants.

Case No.: 13-CV-7572 (WHP)

**STIPULATION**

## STIPULATION

Plaintiffs Sabrina Penceal, Shireef Jones, Kristy Waldrip, Andrea Duruisseau, Leandria Gordon, Marcus Hayes, Shalinda Malone, Tara Mathews, Dedra Means, Jateria Walker, Latacha Stallard, Dawn Shimkus, Justin Lee Conaway and Amanda Graham, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendants EEG Inc., Regis Corporation, Frank Schoeneman and Michael D. Bouman ("Defendants") (Plaintiffs and Defendants, collectively referred to as the "Parties"), through their undersigned counsel of record, agree and stipulate as follows:

1. Plaintiffs filed their Third Amended Complaint on July 21, 2014.

2.  Defendants shall answer or otherwise respond to Plaintiffs' Third Amended Complaint on or before August 28, 2014.

**SO STIPULATED.**

BY: _____
Lauren Goldberg, Esquire
204 West 84th Street
New York, NY, 10024

Stephen P. DeNittis, Esquire
DeNittis Osefchen, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08053

Leon Greenberg, Esquire
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146

**Attorneys for Plaintiffs**

BY: _____
Michael Tiliakos, Esquire
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086

**Attorneys for Defendants**

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
8/5/14

2

DM1\4936335.1