UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATTHEWS, DEDRA MEANS, JATERIA WALKER, LATACHA STALLARD, DAWN SHIMKUS, JUSTIN LEE CONAWAY and AMANDA GRAHAM, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EEG INC., REGIS CORPORATION, FRANK SCHOENEMAN, and MICHAEL D. BOUMAN, all conducting business as the "Empire Education Group", <br><br> Defendants. | Case No.: 13-CV-7572 (WHP) <br><br> **Rule 7.1 Corporate Disclosure Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, EEG, Inc. (a private non-governmental corporate party) certifies that the following is a corporate parent, affiliate and/or subsidiary of the said party, which is publicly held and/or owns 10% or more of the said party's stock:

Regis Corporation

Dated: New York, New York

September 11, 2014

        **DUANE MORRIS LLP**

        /S/ Michael Tiliakos
        _____
        Michael Tiliakos
        Christina J. Fletcher
        Natalie F. Hrubos (*admitted pro hac vice*)

        **Duane Morris LLP**
        1540 Broadway
        New York, New York  10036
        Telephone:  212.471.1045
        Facsimile:  212.656.1219
        Email:  mtiliakos@duanemorris.com
        Email:  cjfletcher@duanemorris.com
        Email:  nfhrubos@duanemorris.com

        *Attorneys for Defendants*