Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 9/12/14              │
└─────────────────────────────────┘
```

SABRINA PENCEAL, SHIREEF JONES,
KRISTY WALDRIP, ANDREA DURUISSEAU,
LEANDRIA GORDON, MARCUS HAYES,
SHALINDA MALONE, TARA MATHEWS,
DEDRA MEANS, JATERIA WALKER,
LATACHA STALLARD, DAWN SHIMKUS,
JUSTIN LEE CONAWAY and AMANDA
GRAHAM, individually and on behalf of others
similarly situated,

                  Plaintiffs,

                v.

EEG INC., REGIS CORPORATION, FRANK
SCHOENEMAN and MICHAEL D. BOUMAN, all
conducting business as the "Empire Education
Group",

                Defendants.

Case No.:  13-CV-7572 (WHP)

**STIPULATION**

## STIPULATION

Plaintiffs Sabrina Penceal, Shireef Jones, Kristy Waldrip, Andrea Duruisseau, Leandria

Gordon, Marcus Hayes, Shalinda Malone, Tara Mathews, Dedra Means, Jateria Walker, Latacha

Stallard, Dawn Shimkus, Justin Lee Conaway and Amanda Graham, individually and on behalf

of others similarly situated ("Plaintiffs"), and Defendants EEG Inc., Regis Corporation, Frank

Schoeneman and Michael D. Bouman ("Defendants") (Plaintiffs and Defendants, collectively

referred to as the "Parties"), through their undersigned counsel of record, agree and stipulate as

follows:

    1.      Plaintiffs filed their Third Amended Complaint ("TAC") on July 21, 2014.

2.     Defendants EEG, Inc., Frank Schoeneman, and Michael D. Bouman filed their answers to the TAC on September 11, 2014.

3.     Defendant Regis Corporation shall answer or otherwise respond to Plaintiffs' TAC on or before September 30, 2014.

SO STIPULATED.

BY: _____

-Stephen P. DeNittis, Esquire
DeNittis Osefchen, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08053

Lauren Goldberg, Esquire
204 West 84th Street
New York, NY, 10024

Leon Greenberg, Esquire
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146

**Attorneys for Plaintiffs**

BY: _____

Michael Tiliakos, Esquire
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086

**Attorneys for Defendants**

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

9/12/14

2