USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/14

Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATHEWS, DEDRA MEANS, JATERIA WALKER, LATACHA STALLARD, DAWN SHIMKUS, JUSTIN LEE CONAWAY and AMANDA GRAHAM, individually and on behalf of others similarly situated,

       Plaintiff,

-against-

EEG INC., REGIS CORPORATION, FRANK SCHOENEMAN AND MICHAEL D. BOUMAN, ALL CONDUCTING BUSINESS AS THE "EMPIRE EDUCATION GROUP",

       Defendants.

Docket No. 13-cv-7572 (WHP)

**STIPULATION EXTENDING TIME TO ANSWER**

## STIPULATION

Plaintiffs Sabrina Penceal, Shireef Jones, Kristy Waldrip, Andrea Duruisseau, Leandria Gordon, Marcus Hayes, Shalinda Malone, Tara Mathews, Dedra Means, Jateria Walker, Latacha Stallard, Dawn Shimkus, Justin Lee Conaway and Amanda Graham, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendants EEG Inc., Regis Corporation, Frank Schoeneman and Michael D. Bouman ("Defendants") (Plaintiffs and Defendants, collectively referred to as the "Parties"), through their undersigned counsel of record, agree and stipulate as follows:

1. Plaintiffs filed their Third Amended Complaint ("TAC") on July 21, 2014.

2. Defendants EEG, Inc., Frank Schoeneman, and Michael D. Bouman filed their answers to the TAC on September 11, 2014.

3. Defendant Regis Corporation shall answer or otherwise respond to Plaintiffs' TAC on or before November 24, 2014.

**SO STIPULATED.**

BY: _____
Stephen P. DeNittis, Esquire
DeNittis Osefchen, P.C.
5 Greentree Centre, Suite 410
525 Route 73 N.
Marlton, New Jersey 08053

Lauren Goldberg, Esquire
204 West 84th Street
New York, NY, 10024

Leon Greenberg, Esquire
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146

**Attorneys for Plaintiffs**

BY: _____
Michael Tiliakos, Esquire
Natalie Hrubos, Esquire
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086

**Attorneys for Defendants**

There will be no further extensions.

_____
U.S.D.J.
11/12/14

2

DM1\5052795.1