```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
SABRINA PENCEAL, *et al.*,                :    13cv7572
                                          :
                Plaintiffs,               :    SCHEDULING ORDER
                                          :
        -against-                         :
                                          :
EMPIRE BEAUTY SCHOOL INC., *et al.*,      :
                                          :
                Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having informed this Court they have resolved their discovery disputes, the conference scheduled for November 13, 2014 is cancelled.

Dated: November 13, 2014
       New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                           U.S.D.J.

*Counsel of Record:*

Stephen P. Denittis, Esq.
Law Office of Shabel & Denittis, P.C.
5 Greentree Centre, Ste. 302
Route 73 South
Marlton, NJ  08054

Lauren S. Goldberg, Esq.
Law Offices of Lauren Goldberg
204 West 84th Street
New York, NY  10024

Leon M. Greenberg, Esq.
633 South 4th Street #9
Las Vegas, NV  89101
*Counsel for Plaintiffs*

Anthony J. Rao, Esq.
Christina J. Fletcher, Esq.
Michael Tiliakos, Esq.
Duane Morris LLP
New York, NY  10036

Edward M. Cramp, Esq.
Courtney L. Baird, Esq.
Duane Morris LLP
750 B Street, Ste. 2900
San Diego, CA  92101

Natalie Hrubos, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
*Counsel for Defendants*