# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SABRINA PENCEAL, SHIREEF JONES, :
KRISTY WALDRIP, ANDREA DURUISSEAU, :
LEANDRIA GORDON, MARCUS HAYES, :
SHALINDA MALONE, TARA MATHEWS, :
DEDRA MEANS, JATERIA WALKER, :      **CASE NO.: 1:13-CV-7572-WHP**
LATACHA STALLARD, DAWN SHIMKUS, :
JUSTIN LEE CONAWAY and AMANDA :
GRAHAM, individually and on behalf of others :
similarly situated, :

                  Plaintiffs, :

      -against- :

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/14
```

EEG INC., REGIS CORPORATION, FRANK :
SCHOENEMAN AND MICHAEL D. :
BOUMAN, ALL CONDUCTING BUSINESS :
AS THE "EMPIRE EDUCATION GROUP", :

             Defendants. :

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

    This cause has come before the Court upon the motion of Kathryn R. Brown, counsel for

Defendants, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now

    ORDERED that the motion be, and is hereby, GRANTED.

Dated: ~~October 13~~th, 2014
   December 3,

                           United States District Court Judge
                           Southern District of New York

Copies to:
Distribution to all registered counsel by CM/ECF.