UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATTHEWS, DEDRA MEANS, JATERIA WALKER, LATACHA STALLARD, DAWN SHIMKUS, JUSTIN LEE CONAWAY and AMANDA GRAHAM, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EEG INC., REGIS CORPORATION, FRANK SCHOENEMAN, and MICHAEL D. BOUMAN, all conducting business as the "Empire Education Group", <br><br> Defendants. | Case No.:  13-CV-7572 (WHP) |

**PLEASE TAKE NOTICE** that the undersigned attorney is appearing on behalf of Defendants in the above-captioned action.  Defendants request that all papers in connection with the above-captioned action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
       December 3, 2014

                      DUANE MORRIS LLP

                      By: */s/ Kathryn Brown*
                          Kathryn Brown, Esq.
                          KRBrown@duanemorris.com
                          1540 Broadway
                          New York, NY 10036-4086
                          Tel.: 212-692-1000
                          Fax.: (212) 692-1020
                          *Attorneys for Defendants*