UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES, KRISTY WALDRIP, CRYSTAL DRAHEIM, ANDREA DURUISSEAU, LEANDRIA GORDON, MARCUS HAYES, SHALINDA MALONE, TARA MATHEWS, SHARI MCFADDEN, DEDRA MEANS, JATERIA WALKER, NIKITA PIERCE, LATACHA STALLARD and DAWN SHIMKUS, Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>EEG INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>    Defendants. | Case No.: 13-CV-7572 (WHP)<br><br>**STIPULATION**<br>**OF DISMISSAL WITHOUT**<br>**PREJUDICE OF PLAINTIFF**<br>**DAWN SHIMKUS CLAIMS,**<br>**ONLY** |

Plaintiffs Sabrina Penceal, Shireef Jones, Kristy Waldrip, Crystal Draheim, Andrea Duruisseau, Leandria Gordon, Marcus Hayes, Shalinda Malone, Tara Mathews, Shari Mcfadden, Dedra Means, Jateria Walker, Nikita Pierce, Latacha Stallard, and Dawn Shimkus, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendants EEG Inc., Frank Schoeneman, Michael D. Bouman, and Regis Corporation ("Defendants") (Plaintiffs and Defendants, collectively referred to as the "Parties"), through their undersigned counsel of record, agree and stipulate as follows:

1. Plaintiff Dawn Shimkus' claims under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et seq. and Florida Minimum Wage Act, § 448.110 shall be dismissed without prejudice.

**SO STIPULATED.**

BY: _/s/Stephen P. DeNittis_____
Stephen P. DeNittis, Esquire
DeNittis Osefchen, P.C.
5 Greentree Centre, P.C. Suite 410
525 Route 73 N.
Marlton, New Jersey 08053

Lauren Goldberg, Esquire
204 West 84th Street
New York, NY, 10024

Leon Greenberg, Esquire
2965 South Jones Boulevard #E-4
Las Vegas, Nevada 89146

**Attorneys for Plaintiffs**

BY: /s/ Michael Tiliakos___
Michael Tiliakos, Esquire
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086

**Attorneys for Defendants**

# [PROPOSED] ORDER

AND NOW, this __ day of_____, 2015, upon consideration of the Parties' Stipulation, it is hereby **ORDERED** and **DECREED** that the stipulation as set forth in the Parties' Stipulation is **ADOPTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____

Honorable William H. Pauley, III
United States District Judge

2