LEON GREENBERG, ESQ.
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-3
Las Vegas, Nevada  89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA PENCEAL, SHIREEF JONES and KRISTY WALDRIP, Individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>EMPIRE BEAUTY SCHOOL INC., EEG INC., EEG LLC, CHIC SCHOOLS, INC., EMPIRE EDUCATION GROUP, INC., FRANK SCHOENEMAN, MICHAEL D. BOUMAN, REGIS CORPORATION, and "John Doe Entities", name fictitious, name and number unknown, all conducting business as the Empire Education Group,<br><br>            Defendants. | **Case No.:**    1:13-cv-7572-WHP<br><br>ERRATA RE:  NOTICE OF FILING CONSENT OF TO JOINDER UNDER 29 U.S.C. § 216(b) FOR JADE MCJUNKIN MCGEE |

    PLEASE TAKE NOTICE that plaintiff hereby submits this *errata* re: Notice of Filing Consent to Joinder Under 29 U.S.C. § 216(b) for Jade McJunkin McGee. (Docket no. 132.

    The purpose of this *errata* is to correct an error in the name of the filer.  The

1

1 filer of the consent was mistakenly identified as Jade McCece McJunkin.  Her correct
2 name is Jade McJunkin McGee.

                                        Respectfully submitted,

                                        /s/ Leon Greenberg
                                        Law Office of Leon Greenberg
                                        2965 South Jones Boulevard #E-3
                                        Las Vegas, Nevada   89146